455 A.2d 634

**COMMONWEALTH of Pennsylvania**

v.

**Ronald MARTIN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided Feb. 1, 1983.

Edward R. Eidelman, Asst. Public Defender, for appellant.

William H. Platt, Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

Judgment of sentence affirmed.